UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: UNASSIGNED

| | | |
|---|---|---|
| R.H. PETERSON CO. | x : | Court No. 20-00099 |
| Plaintiff, | : : | |
| v. | : : | **COMPLAINT** |
| UNITED STATES, | : : | |
| Defendant. | : : | |
| _____ | : x | |

Plaintiff, R.H. PETERSON CO., by its attorneys, Stein Shostak Shostak Pollack & O'Hara, LLP, complains of Defendant, the United States, and alleges as follows:

## JURISDICTION

1. This Court's jurisdiction arises under 28 U.S.C. §1581(a), and this action is filed within the time limits prescribed by 28 U.S.C. §2636(a)(1).

2. On February 16, 2018, Plaintiff timely filed Protest No. 2704-18-100444. On November 29, 2018, Plaintiff timely filed Protest No. 2704-18-101857.

3. On November 3, 2019, CBP denied Protest No. 2704-18-101857. On November 6, 2019, CBP denied Protest No. 2704-18-100444.

Court No. 20-00099

4. On May 1, 2020, Plaintiff filed a summons challenging CBP's protest decisions.

5. All duties and taxes are paid.

6. Jurisdiction over all or part of the subject matter of this action is based upon Plaintiff's timely protests, Customs decision to deny the protests and Plaintiff's timely filed summons.

## PARTIES

7. Plaintiff is a California corporation with its principal place of business in City of Industry, California, and is the importer of record of the subject merchandise.

8. Defendant, United States, is the proper party for decisions taken by CBP, a constituent agency of the U.S. Department of Homeland Security.

## STANDING

9. Plaintiff is the real party in interest and on this basis has standing to bring this action.

10. Plaintiff's claims are within the "zone of interests" of the underlying statute, 19 U.S.C. §1514(a), which provides for judicial review of classification disputes or disputes over exactions and other charges imposed by CBP.

Court No. 20-00099

## FACTUAL BACKGROUND

11. Plaintiff imports and sells finished sinks and kits from Taiwan. The imported finished sinks and kits contain unfinished sinks manufactured in China, sink components manufactured in China, and sink parts manufactured in Taiwan. The unfinished sinks and components from China are shipped to Taiwan where they undergo finishing operations and are combined with parts from Taiwan into completed sinks and kits.

12. On November 9, 2016, February 15, 2017, April 26, 2017, and June 13, 2017, Plaintiff imported finished sinks and kits in Entry Nos. D14-1430362-2, D14-1432445-3, D14-1434025-1, and D14-1435146-4, respectively, and entered the merchandise as Type 01 with Taiwan as the country of origin.

13. CBP decided the imported finished sinks and kits originate from China not Taiwan and are subject to ADD Case No. A-570-983 and CVD No. C-570-984. CBP then assessed ADD and CVD on the entire declared value, not just the value of the unfinished sinks and components from China that are subject to the ADD/CVD orders.

14. On February 16, 2018, Plaintiff timely filed Protest No. 2704-18-100444 at the Port of Los Angeles, California, contesting CBP's decision on Entry No. D14-1430362-2 to assess ADD and CVD on China sink components that are

Court No. 20-00099

expressly excluded from and outside the scope of the ADD/CVD orders and on Taiwan parts and labor that are not subject to the ADD/CVD orders.

15. On November 29, 2018, Plaintiff timely filed Protest No. 2704-18-101857 at the Port of Los Angeles, California, contesting CBP's decision on Entry Nos. D14-1432445-3, D14-1434025-1, and D14-1435146-4 to assess ADD and CVD on China sink components that are expressly excluded from and outside the scope of the ADD/CVD orders and on Taiwan parts and labor that are not subject to the ADD/CVD orders.

16. On November 3, 2019, CBP denied Protest No. 2704-18-101857.

17. On November 6, 2019, CBP denied Protest No. 2704-18-100444.

18. On May 1, 2020, Plaintiff filed the instant summons challenging CBP's decisions to deny Protest Nos. 2704-18-100444 and 2704-18-101857.

## COUNT I

(Incorrect ADD/CVD Assessment Decision – Excluded China Sink Components)

19. Plaintiff repeats and incorporates paragraphs 1-18 by reference, as though fully stated herein.

20. China components of the imported finished sinks and kits that are specifically excluded from and outside the scope of the ADD/CVD orders are not subject to ADD/CVD.

Court No. 20-00099

21. ADD/CVD may not be assessed on the value of excluded components.

## COUNT II

(Incorrect ADD/CVD Assessment Decision – Taiwan Parts and Labor)

22. Plaintiff repeats and incorporates paragraphs 1-18 by reference, as though fully stated herein.

23. Taiwan sink parts and labor are not subject to ADD/CVD.

24. ADD/CVD may not be assessed on the value of Taiwan sink parts and labor.

## RELIEF

25. WHEREFORE, Plaintiff respectfully requests that this Court:

(a) Enter judgment in its favor; and hold China components of Plaintiff's imported finished sinks and kits that are specifically excluded from and outside the scope of the ADD/CVD orders are not subject to ADD/CVD, and refund the excess duties to Plaintiff together with interest as provided by law; and

(b) Enter judgment in its favor; and hold Taiwan parts and labor of Plaintiff's imported finished sinks and kits are not subject to ADD/CVD, and refund the excess duties to Plaintiff together with interest as provided by law; and

(c) Award costs, attorneys' fees and other such relief as the court deems equitable and just.

Court No. 20-00099

Dated: November 29, 2022        Respectfully submitted,

                                         By:      /s/ Christopher J. Duncan
                                                      Christopher J. Duncan, Esq.
                                                      Stein Shostak Shostak Pollack & O'Hara
                                                      Attorneys for Plaintiff
                                                      865 South Figueroa Street, Suite 1388
                                                      Los Angeles, California 90017
                                                      Telephone: (213) 630-8888
                                                      Fax: (213) 630-8890
                                                      E-Mail: cduncan@steinshostak.com