UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **RH PETERSON CO.,**<br><br>     Plaintiff,<br><br>v.<br><br>**UNITED STATES,**<br><br>     Defendant. | **Before: Jennifer Choe-Groves, Judge**<br><br>**Court No. 20-00099** |

## ORDER

Upon consideration of Defendant's consent motion to extend the time within which to respond to Plaintiff's complaint and the Court's Rule 16 Notice, ECF No. 23, and all other papers and proceedings in this action, it is hereby

**ORDERED** that Defendant's consent motion to extend the time within which to respond to Plaintiff's complaint and the Court's Rule 16 Notice, ECF No. 23, is granted; and it is further

**ORDERED** that Defendant shall file its response to Plaintiff's complaint on or before April 28, 2023; and it is further

**ORDERED** that the Parties shall confer and file a joint proposed scheduling order on or before May 15, 2023.

  /s/ Jennifer Choe-Groves  
Jennifer Choe-Groves, Judge

Dated:    April 5, 2023    
             New York, New York